# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129030

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAUL MOSCHKE,
      Plaintiff-Appellee,

v

                              SC: 129030
                              COA: 260279

UTILITY CONTRACTING COMPANY and      WCAC: 03-000395
HOME OWNERS INSURANCE COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the June 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

t1219

Clerk